

THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers ▼ Division

In Re:  
Wright, Jonathan and Valarie

Chapter: 7  
Case No: 9:10-bk-30268

Debtor(s).
_____/

DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, ____Jonathan and Valarie Wright____, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____  
Signature of Debtor  
or other claimant

_____  
Signature of Joint Debtor

Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | 12-13-10 |
| Declaration Concerning Debtors Schedule | 12-13-10 |
| Statement of Social Security Number | 1-11-11 |
| Statement of Financial Affairs | 1-11-11 |
| Statement of Intention | 1-11-11 |